# Earnings Statement

ADP

LINCOLN HOLDINGS LLC
MONUMENTAL SPORTS & ENTERTAINMENT
601 F STREET,NW,WASHINGTON, DC 20004
COMPANY TEL: 202 930 6350

| | |
|---|---|
| Period Beginning: | 01/24/2021 |
| Period Ending: | 02/06/2021 |
| Pay Date: | 02/12/2021 |

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 2
 LA: 0
 NC: 0

JACKIE LAFAYE MILES
3257 VOLLEY DRIVE
JACKSONVILLE FL 32277

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4284.41 | 80.00 | 4,284.41 | 12,853.23 |
| MM | | | 794.00 | |
| **Gross Pay** | | | **$5,078.41** | 13,970.23 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -799.84 | 2,034.23 |
| Social Security Tax | | -295.96 | 809.45 |
| Medicare Tax | | -69.22 | 189.31 |
| IL State Income Tax | | -15.11 | 15.11 |
| LA State Income Tax | | -0.43 | 0.43 |
| NC State Income Tax | | -9.00 | 9.00 |
| MA State Income Tax | | | 15.97 |
| PA State Income Tax | | | 9.37 |
| Philadelphia Income Tax | | | 10.69 |
| **Other** | | | |
| Dental | | -47.72* | 143.16 |
| Life Insur | | -25.78 | 77.34 |
| Medical | | -262.82* | 788.46 |
| Mm | | -794.00 | |
| Vision | | -12.67* | 38.01 |
| 401K Catch-Up A | | | 257.06 |
| **Adjustment** | | | |
| Per Diem | | +1,434.00 | |
| **Net Pay** | | **$4,179.86** | |
| Checking | | -4,179.86 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,773.56

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 18.36 | 55.08 |

**Important Notes**
COMPANY PH # : 202-930-6350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status: Single
Exemptions/Allowances:
 FL:  No State Income Tax
 IL:  0

© 2000 ADP, LLC

---

LINCOLN HOLDINGS LLC
MONUMENTAL SPORTS & ENTERTAINMENT
601 F STREET,NW,WASHINGTON, DC 20004
COMPANY TEL: 202 930 6350

| | |
|---|---|
| Advice number: | 00000060166 |
| Pay date: | 02/12/2021 |



**Deposited to the account of** | **account number** | **transit ABA** | **amount**
JACKIE LAFAYE MILES | xxxxxx0577 | xxxx xxxx | $4,179.86

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

LINCOLN HOLDINGS LLC  
MONUMENTAL SPORTS & ENTERTAINMENT  
601 F STREET,NW,WASHINGTON, DC 20004  
COMPANY TEL: 202 930 6350

Period Beginning: 02/07/2021  
Period Ending: 02/20/2021  
Pay Date: 02/26/2021

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 2  
  FL: No State Income Tax

**JACKIE LAFAYE MILES**  
**3257 VOLLEY DRIVE**  
**JACKSONVILLE FL 32277**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4284.41 | 80.00 | 4,284.41 | 17,137.64 |
| **Gross Pay** | | | **$4,284.41** | 18,254.64 |

Your federal taxable wages this period are $3,979.56

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -609.28 | 2,643.51 |
| | Social Security Tax | -246.73 | 1,056.18 |
| | Medicare Tax | -57.70 | 247.01 |
| | IL State Income Tax | | 15.11 |
| | LA State Income Tax | | 0.43 |
| | MA State Income Tax | | 15.97 |
| | NC State Income Tax | | 9.00 |
| | PA State Income Tax | | 9.37 |
| | Philadelphia Income Tax | | 10.69 |
| | **Other** | | |
| | Dental | -47.72* | 190.88 |
| | Life Insur | -25.78 | 103.12 |
| | Medical | -262.82* | 1,051.28 |
| | Vision | -12.67* | 50.68 |
| | 401K Catch-Up A | | 257.06 |
| | **Net Pay** | **$3,021.71** | |
| | Checking | -3,021.71 | |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information** | this period | total to date
---|---|---
Group Term Life | 18.36 | 73.44

**Important Notes**  
COMPANY PH # : 202-930-6350

BASIS OF PAY: SALARY

\* Excluded from federal taxable wages

© 2000 ADP, LLC

---

LINCOLN HOLDINGS LLC  
MONUMENTAL SPORTS & ENTERTAINMENT  
601 F STREET,NW,WASHINGTON, DC 20004  
COMPANY TEL: 202 930 6350

**Advice number:** 00000080144  
**Pay date:** 02/26/2021

**Deposited to the account of**  
**JACKIE LAFAYE MILES**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0577 | xxxx xxxx | $3,021.71 |



**NON-NEGOTIABLE**

QWM  001363  200604                00000100142

# Earnings Statement

**ADP**

LINCOLN HOLDINGS LLC
MONUMENTAL SPORTS & ENTERTAINMENT
601 F STREET, NW, WASHINGTON, DC 20004
COMPANY TEL: 202 930 6350

Period Beginning: 02/21/2021
Period Ending:    03/06/2021
Pay Date:         03/12/2021

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 2
    OR:      2
    CA:      2

Social Security Number: XXX-XX-9110

**JACKIE LAFAYE MILES**
**3257 VOLLEY DRIVE**
**JACKSONVILLE FL 32277**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4284.41 | 80.00 | 4,284.41 | 21,422.05 |
| MM | | | 535.00 | |
| **Gross Pay** | | | **$4,819.41** | 23,074.05 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -737.68 | | 3,381.19 |
| Social Security Tax | -279.91 | | 1,336.09 |
| Medicare Tax | -65.46 | | 312.47 |
| CO State Income Tax | -6.89 | | 6.89 |
| OR Transit Tax | -0.02 | | 0.02 |
| IL State Income Tax | | | 15.11 |
| LA State Income Tax | | | 0.43 |
| MA State Income Tax | | | 15.97 |
| NC State Income Tax | | | 9.00 |
| PA State Income Tax | | | 9.37 |
| Philadelphia Income Tax | | | 10.69 |
| **Other** | | | |
| Dental | -47.72* | | 238.60 |
| Life Insur | -25.78 | | 128.90 |
| Medical | -262.82* | | 1,314.10 |
| Mm | -535.00 | | |
| Vision | -12.67* | | 63.35 |
| 401K Catch-Up A | | | 257.06 |
| **Adjustment** | | | |
| Per Diem | +1,448.00 | | |
| **Net Pay** | | | **$4,293.46** |

| Other | this period | year to date |
|---|---|---|
| Checking | -4,293.46 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,514.56

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 18.36 | 91.80 |

**Important Notes**
COMPANY PH # : 202-930-6350

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status: Single
Exemptions/Allowances:
    CO: 2
    FL: No State Income Tax
    MA: 2

© 2000 ADP, LLC

LINCOLN HOLDINGS LLC
MONUMENTAL SPORTS & ENTERTAINMENT
601 F STREET, NW, WASHINGTON, DC 20004
COMPANY TEL: 202 930 6350

Advice number: 00000100142
Pay date: 03/12/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JACKIE LAFAYE MILES | xxxxxx0577 | xxxx xxxx | $4,293.46 |

**NON-NEGOTIABLE**

QWM   001363   200604       000013047

# Earnings Statement

**ADP**

LINCOLN HOLDINGS LLC
MONUMENTAL SPORTS & ENTERTAINMENT
601 F STREET,NW,WASHINGTON, DC 20004
COMPANY TEL: 202 930 6350

Period Beginning: 03/07/2021
Period Ending:    03/20/2021
Pay Date:         03/26/2021

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  NY:      2
  FL:      No State Income Tax

JACKIE LAFAYE MILES
3257 VOLLEY DRIVE
JACKSONVILLE FL 32277

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4284.41 | 80.00 | 4,284.41 | 25,706.46 |
| MM | | | 494.00 | |
| **Gross Pay** | | | **$4,778.41** | 27,852.46 |

| | | |
|---|---|---|
| **Net Pay** | | **$3,701.99** |
| Checking | | -3,701.99 |
| **Net Check** | | **$0.00** |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -727.85 | 4,109.04 |
| Social Security Tax | | -277.36 | 1,613.45 |
| Medicare Tax | | -64.87 | 377.34 |
| NY State Income Tax | | -42.26 | 42.26 |
| CO State Income Tax | | | 6.89 |
| IL State Income Tax | | | 15.11 |
| LA State Income Tax | | | 0.43 |
| MA State Income Tax | | | 15.97 |
| NC State Income Tax | | | 9.00 |
| PA State Income Tax | | | 9.37 |
| Philadelphia Income Tax | | | 10.69 |
| OR Transit Tax | | | 0.02 |
| **Other** | | | |
| Dental | | -47.72* | 286.32 |
| Incidentals | | -85.09 | |
| Life Insur | | -25.78 | 154.68 |
| Medical | | -262.82* | 1,576.92 |
| Mm | | -494.00 | |
| Vision | | -12.67* | 76.02 |
| 401K Catch-Up A | | | 257.06 |
| **Adjustment** | | | |
| Per Diem | | +964.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,473.56

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 18.36 | 110.16 |

**Important Notes**
COMPANY PH # : 202-930-6350

BASIS OF PAY: SALARY

© 2000 ADP, LLC

---

LINCOLN HOLDINGS LLC
MONUMENTAL SPORTS & ENTERTAINMENT
601 F STREET,NW,WASHINGTON, DC 20004
COMPANY TEL: 202 930 6350

Advice number:   00000120147
Pay date:        03/26/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JACKIE LAFAYE MILES | xxxxxx0577 | xxxx xxxx | $3,701.99 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

LINCOLN HOLDINGS LLC
MONUMENTAL SPORTS & ENTERTAINMENT
601 F STREET,NW,WASHINGTON, DC 20004
COMPANY TEL: 202 930 6350

Period Beginning: 03/21/2021
Period Ending: 04/03/2021
Pay Date: 04/09/2021

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  MI: 0
  FL: No State Income Tax

JACKIE LAFAYE MILES
3257 VOLLEY DRIVE
JACKSONVILLE  FL 32277

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4284.41 | 80.00 | 4,284.41 | 29,990.87 |
| MM |  |  | 131.00 |  |
| **Gross Pay** |  |  | **$4,415.41** | 32,267.87 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -640.72 | 4,749.76 |
|  | Social Security Tax | -254.85 | 1,868.30 |
|  | Medicare Tax | -59.60 | 436.94 |
|  | MI State Income Tax | -0.91 | 0.91 |
|  | Detroit Income Tax | -0.51 | 0.51 |
|  | CO State Income Tax |  | 6.89 |
|  | IL State Income Tax |  | 15.11 |
|  | LA State Income Tax |  | 0.43 |
|  | MA State Income Tax |  | 15.97 |
|  | NC State Income Tax |  | 9.00 |
|  | NY State Income Tax |  | 42.26 |
|  | PA State Income Tax |  | 9.37 |
|  | Philadelphia Income Tax |  | 10.69 |
|  | OR Transit Tax |  | 0.02 |
|  | **Other** |  |  |
|  | Dental | -47.72* | 334.04 |
|  | Life Insur | -25.78 | 180.46 |
|  | Medical | -262.82* | 1,839.74 |
|  | Mm | -131.00 |  |
|  | Vision | -12.67* | 88.69 |
|  | 401K Catch-Up A |  | 257.06 |

| Adjustment | this period | year to date |
|---|---|---|
| Per Diem | +210.00 |  |
| **Net Pay** | **$3,188.83** |  |
| Checking | -3,188.83 |  |
| **Net Check** | **$0.00** |  |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,110.56

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 18.36 | 128.52 |

**Important Notes**
COMPANY PH # : 202-930-6350

BASIS OF PAY: SALARY

© 2000 ADP, LLC

---

LINCOLN HOLDINGS LLC
MONUMENTAL SPORTS & ENTERTAINMENT
601 F STREET,NW,WASHINGTON, DC 20004
COMPANY TEL: 202 930 6350

**Advice number:** 00000140146
**Pay date:** 04/09/2021

**Deposited to the account of**
**JACKIE LAFAYE MILES**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0577 | xxxx xxxx | $3,188.83 |



**NON-NEGOTIABLE**