United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                       Case No. 21-11095-mdc

Jackie Miles                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                     User: admin                                     Page 1 of 3

Date Rcvd: Feb 25, 2022                              Form ID: pdf900                             Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jackie Miles, 6534 Gratz Street, Philadelphia, PA 19126-3403 |
| 14619939 | + | AMERICAN HERITAGE CREDIT UNION, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14601169 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14615500 | + | Arlington County Treasurer, 2100 Clarendon Blvd Ste. 217, Arlington, VA 22201-5447 |
| 14601170 | | City of Philadelphia, Department of Revenue, Municipal Services Bldg, Philadelphia, PA 19102 |
| 14641741 | + | City of Philadelphia and/or, Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esq., 1401 JFK Blvd., 5th floor, Philadelphia, PA 19102-1663 |
| 14601175 | + | Specialized Loan Servi, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 25 2022 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 25 2022 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 25 2022 23:51:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14618712 | + | Email/Text: broman@amhfcu.org | Feb 25 2022 23:51:00 | American Heritage Credit Union, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14638446 | | Email/Text: megan.harper@phila.gov | Feb 25 2022 23:51:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14614650 | | Email/Text: megan.harper@phila.gov | Feb 25 2022 23:51:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14608802 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2022 23:58:44 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14608132 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 25 2022 23:51:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14601171 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2022 23:58:38 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14601172 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 25 2022 23:58:41 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14618263 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2022 23:58:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14601173 | | Email/Text: ml-ebn@missionlane.com | Feb 25 2022 23:51:00 | Mission Lane/tab Bank, Po Box 105286, Atlanta, GA 30304 |
| 14602449 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 25 2022 23:51:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14601174 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 25 2022 23:51:00 | Navy Fcu, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14618714 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2022 23:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14658797 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 25 2022 23:51:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14616488 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DEMETRIUS J. PARRISH | on behalf of Debtor Jackie Miles djpbkpa@gmail.com djp711@aol.com;r60715@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor AMERICAN HERITAGE CREDIT UNION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf900 | Total Noticed: 24 |

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: JACKIE MILES | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No. 20 - 11095 - MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

      7.     If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:   February 25, 2022

                                                        MAGDELINE D. COLEMAN
                                                      Chief U.S. BANKRUPTCY JUDGE