UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jackie Miles  :  Dkt: 21 - 11095 – mdc
:
:  Chapter 13
:

**Certificate of No Response**

I, Demetrius J. Parrish, Jr., Esquire, applicant for counsel fees in the above - captioned matter, hereby certifies that no answer has been served or filed in response to the Application for Compensation and an order granting the application can now be entered in the above-captioned bankruptcy.

Date: April 3, 2022

/s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire
7715 Crittenden Street, #360
Philadelphia, Pa. 19118
(215) 735 - 3377/(215) 827 - 5420 fax
Email: djpesq@gmail.com