# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: JACKIE MILES | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No. 20 - 11095 - MDC |

## ORDER

AND NOW, this 18th day of April 2022, upon review of the Applicant's Application for Compensation and any response thereto, it is hereby ORDERED and DECREED that said Application is GRANTED.  Trustee, Kenneth West shall pay $3,500.00 to Demetrius J. Parrish, Jr., Esquire as compensation in the above-captioned matter.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge