United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-11095-mdc

Jackie Miles  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 1
Date Rcvd: Apr 19, 2022  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jackie Miles, 6534 Gratz Street, Philadelphia, PA 19126-3403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DEMETRIUS J. PARRISH | on behalf of Debtor Jackie Miles djpbkpa@gmail.com djp711@aol.com;r60715@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor AMERICAN HERITAGE CREDIT UNION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: JACKIE MILES | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No. 20 - 11095 - MDC |

## ORDER

AND NOW, this 18th day of April 2022, upon review of the Applicant's Application for Compensation and any response thereto, it is hereby ORDERED and DECREED that said Application is GRANTED. Trustee, Kenneth West shall pay $3,500.00 to Demetrius J. Parrish, Jr., Esquire as compensation in the above-captioned matter.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge